IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT HALL,

    Petitioner,

v.

RALPH M. DIAZ, Warden,

    Respondent.

No. C 13-1426 TEH (PR)

ORDER GRANTING MOTION FOR RECONSIDERATION, VACATING ORDER OF DISMISSAL AND RE-OPENING CASE

On March 29, 2013, Petitioner Vincent Hall, an inmate at the California Substance Abuse Treatment Facility and State Prison, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 24, 2013, the Court issued an Order Regarding Mixed Petition in which it found that Petitioner had filed a mixed petition containing exhausted and unexhausted claims because he had indicated in his petition that one of his claims was unexhausted. Doc. #2. In the Order, the Court explained to Petitioner that a federal court must dismiss a mixed petition and provided him with an opportunity to amend the petition by withdrawing the unexhausted claim and proceeding only on the exhausted claims, or to dismiss the mixed petition and return to federal court with a new petition once all claims were exhausted. The Court also explained that Petitioner could seek a stay of the petition while he was exhausting his claim in state court.

The Court granted Petitioner thirty days from the date of the Order to inform the Court how he wished to proceed with his mixed petition. The Court notified Petitioner that failure to

respond within thirty days would result in the dismissal of the petition without prejudice to filing a new petition containing only exhausted claims. Doc. #2.

On June 13, 2013, more than thirty days had passed and Petitioner had not notified the Court how he wanted to proceed with his mixed petition nor had he communicated with the Court in any manner. Therefore, the Court dismissed the petition without prejudice to refiling a new petition containing only exhausted claims. Doc. #3. On June 24, 2013, the mail containing this Order was returned to the Court as undeliverable. Doc. #4. It appears that the mail was returned because the address had misstated Petitioner's prisoner identification number. On July 9, 2013, the clerk re-mailed the June 13, 2013 Order of Dismissal to Petitioner using his correct identification number. Doc. #5.

On July 12, 2013, Petitioner sent a letter to the Court indicating that he had called the court clerk who informed him that his case had been dismissed. Doc. #5. He also stated that he had called his attorney who said that she never received the Court's April 24, 2013 Order that Petitioner mailed to her. Petitioner indicates that counsel would have responded to this Order by informing the Court how Petitioner wished to proceed with his mixed petition.

From Petitioner's letter, the Court notes the following: (1) although counsel has not appeared in this action on behalf of Petitioner, Petitioner believes that counsel is representing him; (2) Petitioner thought counsel would respond to the Court's April

25, 2013 Order Regarding Mixed Petition, but she did not because she did not receive Petitioner's mail containing this Order; and (3) although Petitioner does not explicitly request that his case be re-opened, he implies this in his letter.

In the interest of justice, the Court construes Petitioner's letter as a motion for reconsideration of the Order of Dismissal. For good cause shown, the motion is granted, the Order of Dismissal is vacated and the case is re-opened. However, either Petitioner <u>pro se</u> or through his counsel, must respond to the April 24, 2013 Order Regarding the Mixed Petition. The Court grants Petitioner twenty-eight (28) days from the date of this Order to file his response. Petitioner is cautioned that, if he fails to file the required response within this time-frame, his action again will be dismissed without prejudice to re-filing when all claims are exhausted.

If Petitioner is represented by counsel, counsel must file a notice of appearance as counsel of record for Petitioner. The Court then will send mail directly to counsel so that Petitioner will not have to re-send the Court's mail to counsel.

IT IS SO ORDERED.

DATED    *07/22/2013*                    _____
                                         THELTON E. HENDERSON
                                         United States District Judge

G:\PRO-SE\TEH\HC.13\Hall 13-1426 Grant Recon.Reopen.wpd

3