**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4
VINCENT HALL,                           No. C 13-1426 TEH (PR)
5
                    Petitioner,         ORDER GRANTING MOTION FOR
6                                        RECONSIDERATION, VACATING ORDER
              v.                         OF DISMISSAL AND RE-OPENING
7                                        CASE
RALPH M. DIAZ, Warden,
8
                    Respondent.
9
_____/
10

11          On March 29, 2013, Petitioner Vincent Hall, an inmate at

12   the California Substance Abuse Treatment Facility and State Prison,

13   filed a petition for a writ of habeas corpus pursuant to 28 U.S.C.

14   § 2254.  On April 24, 2013, the Court issued an Order Regarding

15   Mixed Petition in which it found that Petitioner had filed a mixed

16   petition containing exhausted and unexhausted claims because he had

17   indicated in his petition that one of his claims was unexhausted.

18   Doc. #2.  In the Order, the Court explained to Petitioner that a

19   federal court must dismiss a mixed petition and provided him with an

20   opportunity to amend the petition by withdrawing the unexhausted

21   claim and proceeding only on the exhausted claims, or to dismiss the

22   mixed petition and return to federal court with a new petition once

23   all claims were exhausted.  The Court also explained that Petitioner

24   could seek a stay of the petition while he was exhausting his claim

25   in state court.

26          The Court granted Petitioner thirty days from the date of

27   the Order to inform the Court how he wished to proceed with his

28   mixed petition.  The Court notified Petitioner that failure to

1  respond within thirty days would result in the dismissal of the

2  petition without prejudice to filing a new petition containing only

3  exhausted claims.  Doc. #2.

4          On June 13, 2013, more than thirty days had passed and

5  Petitioner had not notified the Court how he wanted to proceed with

6  his mixed petition nor had he communicated with the Court in any

7  manner.  Therefore, the Court dismissed the petition without

8  prejudice to refiling a new petition containing only exhausted

9  claims.  Doc. #3.  On June 24, 2013, the mail containing this Order

10  was returned to the Court as undeliverable.  Doc. #4.  It appears

11  that the mail was returned because the address had misstated

12  Petitioner's prisoner identification number.  On July 9, 2013, the

13  clerk re-mailed the June 13, 2013 Order of Dismissal to Petitioner

14  using his correct identification number.  Doc. #5.

15          On July 12, 2013, Petitioner sent a letter to the Court

16  indicating that he had called the court clerk who informed him that

17  his case had been dismissed.  Doc. #5.  He also stated that he had

18  called his attorney who said that she never received the Court's

19  April 24, 2013 Order that Petitioner mailed to her.  Petitioner

20  indicates that counsel would have responded to this Order by

21  informing the Court how Petitioner wished to proceed with his mixed

22  petition.

23          From Petitioner's letter, the Court notes the following:

24  (1) although counsel has not appeared in this action on behalf of

25  Petitioner, Petitioner believes that counsel is representing him;

26  (2) Petitioner thought counsel would respond to the Court's April

27

28                                    2

1   25, 2013 Order Regarding Mixed Petition, but she did not because she

2   did not receive Petitioner's mail containing this Order; and

3   (3) although Petitioner does not explicitly request that his case be

4   re-opened, he implies this in his letter.

5            In the interest of justice, the Court construes

6   Petitioner's letter as a motion for reconsideration of the Order of

7   Dismissal.  For good cause shown, the motion is granted, the Order

8   of Dismissal is vacated and the case is re-opened.  However, either

9   Petitioner pro se or through his counsel, must respond to the April

10  24, 2013 Order Regarding the Mixed Petition.  The Court grants

11  Petitioner twenty-eight (28) days from the date of this Order to

12  file his response.  Petitioner is cautioned that, if he fails to

13  file the required response within this time-frame, his action again

14  will be dismissed without prejudice to re-filing when all claims are

15  exhausted.

16           If Petitioner is represented by counsel, counsel must file

17  a notice of appearance as counsel of record for Petitioner.  The

18  Court then will send mail directly to counsel so that Petitioner

19  will not have to re-send the Court's mail to counsel.

20       IT IS SO ORDERED.

21

22  DATED     _07/22/2013_                _____

23                                       THELTON E. HENDERSON
                                         United States District Judge

24

25

26

27  G:\PRO-SE\TEH\HC.13\Hall 13-1426 Grant Recon.Reopen.wpd

28                                  3